| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:11-cv-1052(VDG) |
|---|---|---|---|
| Zhejiang Medicine Co., Ltd. and ZMC-USA, L.L.C. ||||
| *versus* ||||
| Kaneka Corporation ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | William F. Sondericker<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>(212) 238-8656/Email: Sondericker@clm.com<br>NY# 1571439<br>WS-7480-USDC-SDNY |
|---|---|
| Seeks to appear for this party: | Kaneka Corporation |
| Dated: JUNE 4, 2012 | Signed: [signature] |

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 6/18/12 | Clerk's signature: [signature] |

Order

Dated: 6-20-12

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge