UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:11-cv-1052(VDG) |
|---|---|---|---|
| Zhejiang Medicine Co., Ltd. and ZMC-USA, L.L.C. ||||
| *versus* ||||
| Kaneka Corporation ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Keith D. Nowak<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>(212) 238-8610/Email: Nowak@clm.com<br>NY# 1628825<br>KN-0230-USDC-SDNY |
|---|---|
| Seeks to appear for this party: | Kaneka Corporation |
| Dated: June 4, 2012 | Signed: Keith D. Nowak |

| The state bar reports that the applicant's status is: Active ||
|---|---|
| Dated: 6/18/12 | Clerk's signature: |

Order

Dated: 6-20-12

This lawyer is admitted *pro hac vice*.

_____
United States District Judge