IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Zhejiang Medicine Co., Ltd., and ZMC-USA L.L.C.<br><br>    Plaintiffs,<br>v.<br><br>Kaneka Corporation<br><br>    Defendant.<br><br>And Related Counterclaims | CIVIL ACTION No. 4:11-CV-1052 (VDG) |

**MOTION FOR SUBSTITUTION OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Defendant/Counter-Plaintiff Kaneka Corporation (hereinafter "Kaneka" or "Defendant"), and files this Motion for Substitution of Counsel. Kaneka would respectfully show the Court the following:

Kaneka's current counsel of record (hereinafter "Defendant's Original Counsel"), are Dariush G. Adli, Rasheed McWilliams, Tawen Chang, and David Tseng of ADLI Law Group, P.C.

Kaneka's current local counsel of record (hereinafter "Defendant's Local Counsel"), are John W. Raley and Robert M. Bowick of Raley & Bowick, LLP.

Kaneka has engaged Keith Nowak and William Sondericker of the firm Carter Ledyard & Milburn LLP, 2 Wall Street, New York, NY 10005, Phone: (212) 238-8610, Fax: (212) 732-3232 (hereinafter "Defendant's Substitute Counsel"), to represent them in this pending action.

This substitution is requested jointly, and approved by both Defendant's Original Counsel and Defendant's Substitute Counsel, as evidenced by their signatures below.  This substitution is not sought for delay.

Further, Defendant's Local Counsel will continue their representation of defendant in this matter.

WHEREFORE, Kaneka Corporation respectfully requests entry of an Order substituting Keith Nowak and William Sondericker of the firm Carter Ledyard & Milburn LLP as counsel of record; discharging Dariush G. Adli, Rasheed McWilliams, Tawen Chang, and David Tseng and the law firm ADLI Law Group, P.C.; and for such other and further relief, both general and special, to which defendant may be justly entitled.

Date: June 26, 2012    Respectfully submitted,

/s/ Keith Nowak*
Keith Nowak
NY # 1628825
William Sondericker
NY # 1571439
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Phone: (212) 238-8610
Fax: (212) 732-3232
Email: Nowak@clm.com

/s/ Rasheed McWilliams*
Dariush G. Adli
Rasheed McWilliams
Tawen Chang
David Tseng
ADLI LAW GROUP P.C.
633 West Fifth Street, Suite 6900
Los Angeles, California 90071
Tele: (213) 623-6546
Fax: (213) 623-6554
adli@adlilaw.com
rasheed.mcwilliams@adlilaw.com
tawen.chang@adlilaw.com
david.tseng@adlilaw.com


RALEY & BOWICK, L.P.

/s/ Robert M. Bowick
John Wesley Raley, III
Robert M. Bowick
1800 Augusta Dr., Suite 300
Houston, Texas 77057
Phone: (713) 429 - 8050
Fax: (713) 429 - 8045
jraley@raleybowick.com
rbowick@raleybowick.com
www.raleybowick.com

**ATTORNEYS FOR DEFENDANT/ COUNTER-PLAINTIFF KANEKA CORPORATION'**

*Signed by Permission

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.3 on June 26, 2012. Any other counsel of record will be served via facsimile transmission and first class certified mail, return receipt requested.


/s/ Robert M. Bowick
Robert M. Bowick