IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Zhejiang Medicine Co., Ltd., and ZMC-USA L.L.C.<br><br>Plaintiffs,<br><br>v.<br><br>Kaneka Corporation<br><br>Defendant. | CIVIL ACTION No. 4:11-CV-1052 (VDG) |
| And Related Counterclaims | |

**ORDER GRANTING KANEKA CORPORATION'S MOTION
<u>FOR SUBSTITUTION OF COUNSEL</u>**

ON THIS DAY came to be considered, Defendant/Counterclaimant Kaneka Corporation's Motion for Substitution of Counsel.

It is therefore ORDERED that Dariush G. Adli, Rasheed McWilliams, Tawen Chang, and David Tseng and the law firm ADLI Law Group, P.C., are hereby discharged as attorneys of record for Kaneka Corporation; and Keith Nowak and William Sondericker of the firm Carter Ledyard & Milburn LLP are substituted herein as lead counsel for Kaneka Corporation.

IT IS SO ORDERED that Defendant/Counterclaimant Kaneka Corporation's Motion for Substitution of Counsel should be and is hereby GRANTED.

Signed this _____ day of _____, 2012.

_____
Vanessa D. Gilmore
United States District Judge

1