# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Zhejiang Medicine Co., Ltd., et al.

                                                Plaintiff,

v.                                                        Case No.: 4:11–cv–01052

                                                         Judge Vanessa D Gilmore

Kaneka Corporation

                                               Defendant.

TYPE OF CASE:                    Civil

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Vanessa D Gilmore

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 1/11/13

**TIME:** 01:40 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   December 27, 2012

                                                                               David J. Bradley, Clerk