UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Zhejiang Medicine Co., Ltd.,**         and    **ZMC-USA L.L.C.,**                                  **Plaintiffs,**         v.    **Kaneka Corporation,**                                  **Defendant.** | )  )  )  )  ) Civil Action No. 4:11-cv-1052 (VDG)  )  )  )  ) JURY TRIAL DEMANDED  )  )  )  )  )  ) |

### ZHEJIANG MEDICINE CO., LTD. AND ZMC-USA L.L.C.'S ANSWERS TO COUNTERCLAIMS OF KANEKA CORPORATION

Plaintiffs Zhejiang Medicine Co., Ltd. and ZMC-USA L.L.C. (collectively "ZMC") hereby answer the counterclaims asserted by Kaneka Corporation ("Kaneka") in its Answer to Zhejiang Medicine Co., Ltd. and ZMC-USA L.L.C.'s First Amended Complaint ("Answer").

Kaneka states in its Answer that: "Kaneka maintains its counterclaims asserted in its Original Answer and Counterclaim filed on July 13, 2012 [sic], Dkt. No. 9." ZMC hereby responds that ZMC maintains its answers asserted in its Answers to Counterclaims of Kaneka Corporation filed on August 3, 2011, Dkt. No. 13.

Dated: January 11, 2013

          Respectfully submitted,

*Of Counsel*

Trenton L. Menning  
State Bar No. 24041473  
S.D. Tex. No. 934494  
tmenning@mayerbrown.com  
Quinncy N. McNeal  
qmcneal@mayerbrown.com  
State Bar No. 24074690  
*Admission pending*  
Mayer Brown LLP  
700 Louisiana Street, Suite 3400  
Houston, TX 77002-2730

Gary M. Hnath  
Mayer Brown LLP  
ghnath@mayerbrown.com  
1999 K Street, N.W  
Washington, DC 20006-1101  
202-263-3000 (telephone)  
202-263-5340 (facsimile)

*Pro hac vice*

BY:  /s/ Mark D. Manela  
Mark D. Manela  
State Bar No. 12894500  
S.D. Tex. No. 1824  
mmanela@mayerbrown.com  
Mayer Brown LLP  
700 Louisiana Street, Suite 3400  
Houston, TX 77002-2730  
713-238-2645 (telephone)  
713-238-4645 (facsimile)

*Attorney-in-Charge*

ATTORNEYS FOR PLAINTIFFS  
ZHEJIANG MEDICINE CO., LTD. and ZMC-USA L.L.C.

## CERTIFICATE OF SERVICE

    I certify that on the 11th day of January, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

    s/ Mark D. Manela