IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Zhejiang Medicine Co., Ltd., and ZMC-USA L.L.C. | |
| Plaintiff's | Civil Action No. 4:11-cv-1052 |
| | Hon. Vanessa D. Gilmore |
| vs. | |
| KANEKA CORPORATION, Defendant. | |

**NOTICE OF ATTORNEY APPEARANCE FOR KANEKA CORPORATION**

Please take notice that Joseph J. Zito of DNL ZITO is entering an appearance as counsel of record for Defendant / Counter-Plaintiff Kaneka Corporation in the above numbered and entitled cause. Mr. Zito is admitted to practice in the United States District Court for the Southern District of Texas.

>Joseph J. Zito
>Southern Dist. Texas Bar No. 36061
>DNL ZITO
>1250 Connecticut Avenue, NW
>Suite 200
>Washington, DC 20036
>202-466-3500
>jzito@dnlzito.com

Dated: February 6, 2013                              Respectfully submitted,

                                                     /s/ Joseph J. Zito
                                                     Joseph J. Zito
                                                     Southern Dist. Texas Bar No. 36061
                                                     DNL ZITO
                                                     1250 Connecticut Avenue, NW
                                                     Suite 200
                                                     Washington, DC 20036
                                                     202-466-3500
                                                     jzito@dnlzito.com

## **CERTIFICATE OF SERVICE**

     Pursuant to LR5.3 of the Local Rules for the United States District Court for the Southern District of Texas, I certify that a true and correct copy of the foregoing Notice of Appearance of Counsel was served on February 6, 2013, on all counsel of record who have consented to electronic notification via the CM/ECF of the United States District Court for the Southern District of Texas.

                                                       /s/ Joseph J. Zito
                                                       Joseph J. Zito