IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Zhejiang Medicine Co., Ltd., and ZMC-USA L.L.C., | § § § § § § § § § § § § | |
| Plaintiffs, | | Civil Action No. 4:11-cv-1052 (VDG) |
| v. | | JURY TRIAL DEMANDED |
| Kaneka Corporation, | | |
| Defendant. | | |

## ORDER GRANTING KANEKA'S
## UNOPPOSED MOTION TO EXTEND SUBMISSION DATES

Kaneka's Unopposed Motion to Extend Submission Dates is hereby **GRANTED**. The submission date regarding Kaneka's Final Infringement Contentions is extended from March 29, 2013 to April 29, 2013. The submission date regarding ZMC's Final Invalidity Contentions is extended from April 30, 2013 to May 30, 2013.

SIGNED on this 28th day of March 2013.

_____
HONORABLE VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

4