UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Zhejiang Medicine Co., Ltd.,**   and   **ZMC-USA L.L.C.,**                     **Plaintiffs,**      v.   **Kaneka Corporation,**                     **Defendant.** | )  )  )  )  ) Civil Action No. 4:11-cv-1052 (VDG)  )  )  )  ) JURY TRIAL DEMANDED  )  )  )  )  )  )  ) |

### REQUEST TO REMOVE AS COUNSEL AND STOP ECF NOTICES TO ANDREA HUTCHISON AND EMILY MELVIN

Plaintiffs Zhejiang Medicine Co., Ltd. and ZMC-USA L.L.C. (collectively "ZMC") respectfully request that Andrea Hutchison and Emily Melvin be removed as counsel for ZMC, and that ECF notices regarding this case no longer be sent to them, as they are no longer associated with the firm Mayer Brown LLP and therefore will no longer participate in this case.

Mayer Brown LLP and its attorneys who have made appearances for ZMC will continue to represent ZMC in this matter.

1

Dated: April 16, 2013

*Of Counsel*

Trenton L. Menning
State Bar No. 24041473
S.D. Tex. No. 934494
tmenning@mayerbrown.com
Quinncy N. McNeal
qmcneal@mayerbrown.com
State Bar No. 24074690
*Admission pending*
Mayer Brown LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730


Gary M. Hnath
Mayer Brown LLP
ghnath@mayerbrown.com
1999 K Street, N.W
Washington, DC 20006-1101
202-263-3000 (telephone)
202-263-5340 (facsimile)

*Pro hac vice*

Respectfully submitted,


BY:    /s/ Mark D. Manela
Mark D. Manela
State Bar No. 12894500
S.D. Tex. No. 1824
mmanela@mayerbrown.com
Mayer Brown LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730
713-238-2645 (telephone)
713-238-4645 (facsimile)

*Attorney-in-Charge*

ATTORNEYS FOR PLAINTIFFS
ZHEJIANG MEDICINE CO., LTD. and ZMC-USA L.L.C.

## CERTIFICATE OF SERVICE

I certify that on the 16th day of April, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ Mark D. Manela