**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **Zhejiang Medicine Co., Ltd.,**<br>    **and**<br>**ZMC-USA L.L.C.,** | )<br>)<br>)<br>) **Civil Action No. 4:11-cv-1052 (VDG)** |
| **Plaintiffs,** | )<br>) |
| **v.** | ) **JURY TRIAL DEMANDED**<br>) |
| **Kaneka Corporation,** | )<br>) |
| **Defendant.** | )<br>)<br>) |

_____

## NOTICE OF SERVICE OF INVALIDITY CONTENTIONS

In accordance with the Supplemental Scheduling Order (Dkt. No. 100), as amended, and the Local Patent Rules, Plaintiffs Zhejiang Medicine Co., Ltd. and ZMC-USA L.L.C. provide notice that on May 30, 2013, they served their Invalidity Contentions for U.S. Patent No. 7,910,340 responsive to "Kaneka Corporation's Infringement Contentions Pursuant to Local Patent Rule 3-6."

Dated: May 30, 2013

Respectfully submitted,

*Of Counsel*

BY:     /s/ Mark D. Manela
Mark D. Manela

Trenton L. Menning
State Bar No. 24041473
S.D. Tex. No. 934494
tmenning@mayerbrown.com
Quinncy N. McNeal
qmcneal@mayerbrown.com
State Bar No. 24074690
*Admission pending*
Mayer Brown LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730

State Bar No. 12894500
S.D. Tex. No. 1824
mmanela@mayerbrown.com
Mayer Brown LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730
713-238-2645 (telephone)
713-238-4645 (facsimile)

*Attorney-in-Charge*

ATTORNEYS FOR PLAINTIFFS
ZHEJIANG MEDICINE CO., LTD. and ZMC-
USA L.L.C.

Gary M. Hnath
Mayer Brown LLP
ghnath@mayerbrown.com
1999 K Street, N.W
Washington, DC 20006-1101
202-263-3000 (telephone)
202-263-5340 (facsimile)

*Pro hac vice*

### CERTIFICATE OF SERVICE

I certify that on the 30th day of May, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ Mark D. Manela_____