UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Zhejiang Medicine Co., Ltd., et al.

                                    Plaintiff,

v.                                                Case No.: 4:11–cv–01052
                                                     Judge Vanessa D Gilmore

Kaneka Corporation

                                    Defendant.

TYPE OF CASE:                Civil

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Vanessa D Gilmore

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/12/13

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Telephone Conference
Emergency Motion – #111

Date:   June 7, 2013

                                                                                 David J. Bradley, Clerk