# IN CHAMBERS TELEPHONE CONFERENCE MINUTES AND ORDER

**Cause Number:** H-11-1052

**Style:** Zhejiang Medicine Co., Ltd. v. Kaneka Corp.

**Appearances:**

| Counsel: | Representing: |
|---|---|
| Gary Hnath / Trenton Menning | Plaintiff Zhejiang Medicine Co., Ltd |
| Robert Bowick | Defendant Kaneka Corp. |

**Date:** 6/12/12  
**Time:** 10:40 a.m. - 11:15 a.m.

**Ct. Reporter:** Bruce Slavin

**At the hearing the Court made the following rulings:**

Telephone Conference held on 6/12/2013.

Kaneka is ordered to supplement their discovery responses to provide ZMC with letters sent to people in the trade and any responses produced to Kaneka. Supplemental discovery is due by **June 26, 2013.**

The Court **GRANTS** the Motion to Quash both subpoenas for Dr. Adli and his firm, the Adli Law Group, with respect to the factual information regarding the basis for Dr. Adli's claims of infringement against ZMC, whether any investigation regarding infringement by ZMC took place, and who conducted such investigation, and communications between Kaneka and Dr. Adli in the context of their adversarial relationship in their litigation against each other.

**The Clerk will file these Minutes and Order and provide copies to the parties.**

SIGNED at Houston, Texas this 12th day of June, 2013.

VANESSA D. GILMORE  
UNITED STATES DISTRICT JUDGE