IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ZHEJIANG MEDICINE CO., LTD., And ZMC-USA L.L.C.<br><br>Plaintiffs,<br><br>v.<br><br>KANEKA CORPORATION,<br><br>Defendant. | CIVIL ACTION No. 4:11-CV-1052 (VDG)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE FOR KANEKA CORPORATION

Please take notice that Brian Kent Wunder of the law firm Raley & Bowick, LLP, hereby enters his appearance in the above-captioned matter as attorney of record for Defendant/Counter-Plaintiff Kaneka Corporation. Mr. Wunder is admitted to practice in the United States District Court for the Southern District of Texas.

    Brian Kent Wunder
    Texas State Bar No. 22086700
    S.D. Tex. No. 6252
    Raley & Bowick, LLP
    1800 Augusta Drive, Suite 300
    Houston, Texas 77024
    Telephone: (713) 429-8050
    Facsimile: (713) 429-8045
    bwunder@raleybowick.com

Dated: June 18, 2013.

Respectfully submitted,

*Brian K. Wunder*

Robert M. Bowick
John Wesley Raley III
Brian Kent Wunder
RALEY & BOWICK LLP
1800 Augusta Drive, Suite 300
Houston, Texas 77057
Tele: (713) 429-8050
Fax: (713) 429-8045
rbowick@raleybowick.com
jraley@raleybowick.com
bwunder@raleybowick.com


Keith Nowak
NY # 1628825
William Sondericker
NY # 1571439
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Phone: (212) 238-8610
Fax: (212) 732-3232
Email: Nowak@clm.com


**ATTORNEYS FOR DEFENDANT/
COUNTER-PLAINTIFF KANEKA
CORPORATION**


**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.3 on June _18_, 2013. Any other counsel of record will be served via facsimile transmission and first class certified mail, return receipt requested.


*Brian K. Wunder*
Brian Kent Wunder

2