IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Zhejiang Medicine Co., Ltd., and ZMC-USA L.L.C. | § § § § | Civil Action No. 4:11-cv-1052 |
| Plaintiff, | § § § | Hon. Vanessa D. Gilmore |
| vs. | § § § | |
| KANEKA CORPORATION, | § § § | |
| Defendant. | § | JURY DEMANDED |

**NOTICE OF SERVICE OF DOCUMENTS IN COMPLIANCE
WITH THE COURT'S JUNE 13, 2013 ORDER (DOC. NO. 114)**

Declaratory Judgment Defendant / Counter-Plaintiff Kaneka Corporation ("Kaneka") files this notice with the Court that it served Plaintiffs Khejiang Medicine Co., Ltd. and ZMC-USA, L.L.C. with production of all letters that we are aware of[1] between Adli Law Group, P.C. and vendors related to $COQ_{10}$ as supplemental responses to discovery, in compliance with the June 13, 2013 Court Order (Doc.No. 114).

Date:   June 26, 2013            Respectfully submitted,

/s/ Robert M. Bowick
Keith Nowak
NY # 1628825
William Sondericker
NY # 1571439
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Phone: (212) 238-8610
Fax: (212) 732-3232

---

[1] The undersigned counsel has contacted counsel for Dr. Adli and The Adli Law Group, P.C. to confirm that all known vendor correspondence has been produced.

        Nowak@clm.com
        Sondericker@clm.com

        Robert M. Bowick
        John Wesley Raley III
        RALEY & BOWICK LLP
        1800 Augusta Drive, Suite 300
        Houston, Texas 77057
        Tele: (713) 429-8050
        Fax: (713) 429-8045
        rbowick@raleybowick.com
        jraley@raleybowick.com

        **ATTORNEYS FOR DECLARATORY-DEFENDANT/COUNTERCLAIM-PLAINTIFF KANEKA CORPORATION**

## CERTIFICATE OF SERVICE

Pursuant to LR5.3 of the Local Rules for the United States District Court for the Southern District of Texas, I certify that a true and correct copy of the foregoing instrument has been served on June 26, 2013, on all counsel of record who have consented to electronic notification via CM/ECF through the United States District Court for the Southern District of Texas.

        /s/ Robert M. Bowick
        Robert M. Bowick

2