UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------X

ZHEJIANG MEDICINE CO., LTD., and
ZMC-USA L.L.C.,

                               Plaintiffs,            Civil Action No. 4:11-cv-1052 (VDG)

                           - against -            **JURY TRIAL DEMANDED**

KANEKA CORPORATION,

                             Defendant.

------------------------------------------------------------X

## STIPULATION

Defendant Kaneka Corporation ("Kaneka") respectfully stipulates to the following facts:

- Oxidized Coenzyme Q10, manufactured by Kaneka Corporation in Japan in accordance with the Kaneka pre-December 27, 2001 manufacturing process, was commercially offered for sale in the United States by Kaneka to Ashland Corporation within the meaning of 35 U.S.C. §102(b) prior to December 27, 2001.

Dated: July 31, 2013

BY: *Keith Nowak* (signature)

Keith D. Nowak
NY # 1628825
William S. Sondericker
NY # 1571439
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Phone: (212) 238-8610
Fax:    (212) 732-3232
nowak@clm.com
sondericker@clm.com


John Wesley Raley, III
Robert M. Bowick
RALEY & BOWICK, L.P.
1800 Augusta Dr., Suite 300
Houston, Texas 77057
Phone: (713) 429 - 8050
Fax:    (713) 429 - 8045
jraley@raleybowick.com
rbowick@raleybowick.com
www.raleybowick.com

ATTORNEYS FOR DEFENDANT
KANEKA CORPORATION

## **CERTIFICATE OF SERVICE**

  I certify that on the 1st day of August, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.