IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Zhejiang Medicine Co., Ltd., <br> and <br> ZMC-USA L.L.C. <br> Plaintiff's <br> <br> vs. <br> <br> KANEKA CORPORATION, <br> Defendant. | Civil Action No. 4:11-cv-1052 <br> <br> Hon. Vanessa D. Gilmore |

**MOTION OF JOSEPH J. ZITO TO WITHDRAW AS
ATTORNEY FOR DEFENDANT KANEKA CORPORATION**

Please take notice that Joseph J. Zito (Southern Dist. Texas Bar No. 36061) of DNL ZITO hereby moves pursuant to Local Rule CV 11(d) to withdraw as counsel for Defendant Kaneka Corporation.  Mr. Zito's withdrawal will not cause prejudice to Defendant, nor delay to this court as Kaneka Corporation is already being represented by the law firm of Raley and Bowick, LLP of Houston, whose attorneys John W. Raley and Robert M. Bowick have been counsel of record in this case since August 2011.  The undersigned affirms that this motion has been discussed with the Defendant through its counsel Keith Nowak, who has been counsel in this case since June 20, 2012.

Dated: October 9, 2013

Respectfully submitted,

 /s/ Joseph J. Zito
Joseph J. Zito
Southern Dist. Texas Bar No. 36061
DNL ZITO
1250 Connecticut Avenue, NW
Suite 200
Washington, DC 20036
202-466-3500
jzito@dnlzito.com

## CERTIFICATE OF SERVICE

Pursuant to LR5.3 of the Local Rules for the United States District Court for the Southern District of Texas, I certify that a true and correct copy of the foregoing MOTION TO WITHDRAW AS ATTORNEY FOR KANEKA CORPORATION was served on October 9, 2013, on all counsel of record who have consented to electronic notification via the CM/ECF of the United States District Court for the Southern District of Texas.

/s/ Joseph J. Zito
Joseph J. Zito

## CERTIFICATE OF CONFERENCE

Pursuant to LR CV-7(i), the undersigned certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h).  The motion is unopposed.

/s/ Joseph J. Zito
Joseph J. Zito