UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ZHEJIANG MEDICINE CO., LTD., *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> KANEKA CORPORATION, § <br> § <br> § <br> Defendant. § | CIVIL ACTION NO. 4:11-CV-1052 |

## ORDER GRANTING WITHDRAWAL OF COUNSEL

After considering the Motion of Attorney Joseph J. Zito to Withdraw for Defendant Kaneka Corporation **(Instrument No. 121)**. The Court is of the opinion that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Joseph J. Zito is Withdrawn as Counsel for Defendant Kaneka Corporation.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 11th day of October, 2013, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**