IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Zhejiang Medicine Co., Ltd., and ZMC-USA L.L.C. | § § § § | Civil Action No. 4:11-cv-1052 |
| Plaintiffs, | § § § | Hon. Vanessa D. Gilmore |
| vs. | § § § | |
| KANEKA CORPORATION, | § § | |
| Defendant. | § | JURY DEMANDED |

**KANEKA'S NOTICE OF SERVICE OF EXPERT REPORTS**

Kaneka Corporation ("Kaneka") files this notice with the Court that it served Zhejiang Medicine Co., Ltd. and ZMC-USA, L.L.C. with its expert reports on patent infringement and damages in compliance with the stipulation filed September 27, 2013 (Doc.No. 118).

Date: October 28, 2013

Respectfully submitted,

/s/ Robert M. Bowick
Keith Nowak
NY # 1628825
William Sondericker
NY # 1571439
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Phone: (212) 238-8610
Fax: (212) 732-3232
Nowak@clm.com
Sondericker@clm.com

        Robert M. Bowick
        John Wesley Raley III
        RALEY & BOWICK LLP
        1800 Augusta Drive, Suite 300
        Houston, Texas 77057
        Tele: (713) 429-8050
        Fax: (713) 429-8045
        rbowick@raleybowick.com
        jraley@raleybowick.com

**ATTORNEYS FOR DECLARATORY-DEFENDANT/COUNTERCLAIM-PLAINTIFF KANEKA CORPORATION**

## CERTIFICATE OF SERVICE

      Pursuant to LR5.3 of the Local Rules for the United States District Court for the Southern District of Texas, I certify that a true and correct copy of the foregoing instrument has been served on October 28, 2013, on all counsel of record who have consented to electronic notification via CM/ECF through the United States District Court for the Southern District of Texas.

        /s/ Robert M. Bowick
        Robert M. Bowick