**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **Zhejiang Medicine Co., Ltd.,** )<br>    **and** )<br>**ZMC-USA L.L.C.,** )<br>                **Plaintiffs,** )<br>        **v.** )<br>**Kaneka Corporation,** )<br>             **Defendant.** )<br>) | **Civil Action No. 4:11-cv-1052 (VDG)**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Plaintiffs Zhejiang Medicine Co., Ltd. and ZMC-USA L.L.C. (collectively "ZMC") hereby provides notice that, on October 28, 2013, in compliance with the Court's Order amending the Supplemental Scheduling Order [Dkt. No. 120], they served on Defendant Kaneka Corporation their expert reports regarding patent invalidity and damages pertaining to their affirmative claims.

Dated: October 28, 2013

Respectfully submitted,

*Of Counsel*

BY:____/s/ Gary M. Hnath_____ ____

Trenton L. Menning
State Bar No. 24041473
S.D. Tex. No. 934494
tmenning@mayerbrown.com
Quinncy N. McNeal
qmcneal@mayerbrown.com
State Bar No. 24074690
*Admission pending*
Mayer Brown LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730

Mark D. Manela
State Bar No. 12894500
S.D. Tex. No. 1824
mmanela@mayerbrown.com
Mayer Brown LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730
713-238-2645 (telephone)
713-238-4645 (facsimile)

*Attorney-in-Charge*

ATTORNEYS FOR PLAINTIFFS
ZHEJIANG MEDICINE CO., LTD. and ZMC-USA L.L.C.

Gary M. Hnath
Mayer Brown LLP
ghnath@mayerbrown.com
1999 K Street, N.W
Washington, DC 20006-1101
202-263-3000 (telephone)
202-263-5340 (facsimile)

*Pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on the 28th day of October, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ Gary M. Hnath_____