IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Zhejiang Medicine Co., Ltd., and ZMC-USA L.L.C. | § § § § | Civil Action No. 4:11-cv-1052 |
| Plaintiffs, | § § § | Hon. Vanessa D. Gilmore |
| vs. | § § § | |
| KANEKA CORPORATION, | § § § | |
| Defendant. | § | JURY DEMANDED |

**<u>KANEKA'S NOTICE OF SERVICE OF EXPERT REPORTS</u>**

Kaneka Corporation ("Kaneka") files this notice with the Court that it served Zhejiang Medicine Co., Ltd. and ZMC-USA, L.L.C. with its responsive expert reports regarding (1) patent validity issues; and (2) damages in compliance with the stipulation filed September 27, 2013 (Doc.No. 118).

Date:   November 26, 2013          Respectfully submitted,

/s/ Robert M. Bowick
Keith Nowak
NY # 1628825
William Sondericker
NY # 1571439
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Phone: (212) 238-8610
Fax: (212) 732-3232
Nowak@clm.com
Sondericker@clm.com

Robert M. Bowick
John Wesley Raley III
RALEY & BOWICK LLP
1800 Augusta Drive, Suite 300
Houston, Texas 77057
Tele: (713) 429-8050
Fax: (713) 429-8045
rbowick@raleybowick.com
jraley@raleybowick.com

**ATTORNEYS FOR DECLARATORY-DEFENDANT/COUNTERCLAIM-PLAINTIFF KANEKA CORPORATION**

## CERTIFICATE OF SERVICE

Pursuant to LR5.3 of the Local Rules for the United States District Court for the Southern District of Texas, I certify that a true and correct copy of the foregoing instrument has been served on November 26, 2013, on all counsel of record who have consented to electronic notification via CM/ECF through the United States District Court for the Southern District of Texas.

/s/ Robert M. Bowick
Robert M. Bowick