UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Zhejiang Medicine Co., Ltd.,** | ) |
| and | ) |
| **ZMC-USA L.L.C.,** | ) |
| | ) Civil Action No. 4:11-cv-1052 (VDG) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| **Kaneka Corporation,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## NOTICE OF COMPLIANCE

Plaintiffs Zhejiang Medicine Co., Ltd. and ZMC-USA L.L.C. (collectively "ZMC") hereby provides notice that, on November 26, 2013, in compliance with the Court's Order amending the Supplemental Scheduling Order [Dkt. No. 120], they served on Defendant Kaneka Corporation their rebuttal expert reports regarding patent non-infringement and damages.

Dated: November 27, 2013

*Of Counsel*

Trenton L. Menning
State Bar No. 24041473
S.D. Tex. No. 934494
tmenning@mayerbrown.com
Quinncy N. McNeal
qmcneal@mayerbrown.com
State Bar No. 24074690
*Admission pending*
Mayer Brown LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730


Gary M. Hnath
Mayer Brown LLP
ghnath@mayerbrown.com
1999 K Street, N.W
Washington, DC 20006-1101
202-263-3000 (telephone)
202-263-5340 (facsimile)

*Pro hac vice*

Respectfully submitted,


BY:    /s/ Gary M. Hnath        ____
Mark D. Manela
State Bar No. 12894500
S.D. Tex. No. 1824
mmanela@mayerbrown.com
Mayer Brown LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730
713-238-2645 (telephone)
713-238-4645 (facsimile)

*Attorney-in-Charge*

ATTORNEYS FOR PLAINTIFFS
ZHEJIANG MEDICINE CO., LTD. and ZMC-USA L.L.C.

## CERTIFICATE OF SERVICE

     I certify that on the 27th day of November, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.


     /s/ Gary M. Hnath