# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Zhejiang Medicine Co., Ltd., and ZMC-USA L.L.C., | ) ) ) ) ) Civil Action No. 4:11-cv-1052 (VDG) |
| Plaintiffs, | ) ) |
| v. | ) JURY TRIAL DEMANDED ) |
| Kaneka Corporation, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER REGARDING MOTIONS DEADLINE

Having considered the Joint Motion to Amend Scheduling Order Regarding Motions Deadline by Plaintiffs Zhejiang Medicine Co., Ltd. and ZMC-USA L.L.C. (collectively "ZMC") and Defendant Kaneka Corporation ("Kaneka") (ZMC and Kaneka, collectively, the "Parties"), the Court finds that it should be, and hereby is, GRANTED.

It is therefore ORDERED that the Supplemental Scheduling Order (Dkt. No. 100) is amended to extend the deadline for dispositive motions, but only for those dispositive motions related to the issue of the molar ratio of reduced coenzyme Q10 present during ZMC's process for manufacturing oxidized coenzyme Q10, from January 31, 2014, to March 14, 2014. *An amended scheduling order will be issued.* *

DATE: 1-29-14

_____
Vanessa D. Gilmore
United States District Judge

* You cannot change the motions deadline and keep the same trial setting, thereby shortening only the time the Court has to address the motion.