| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

ZHEJIANG MEDICINE CO., LTD., and § 
ZMC-USA LLC §
　　　　　　　PLAINTIFFS, §
　　　　　　　　　　　　　　　§
versus　　　　　　　　　　　　§　　CIVIL ACTION NO. H-11-1052
　　　　　　　　　　　　　　　§
KANEKA CORPORATION, §
　　　　　　　DEFENDANT. §

## SCHEDULING CONFERENCE

*Appearances*:　　　　　　　　　　　　　　*Representing:*

Counsel:

| | |
|---|---|
| Gary Hnath | Plaintiffs |
| Trenton Menning | Plaintiffs |
| Charles Kelley | Plaintiffs |
| Henry Griffin | Plaintiffs |
| Keith Nowak | Defendant |
| Robert Bowick | Defendant |
| John Raley | Defendant |

*Date:*　 6/26/2015 　　　　　　　ERO:　 J. Guajardo

TIME  10:00 AM | 10:30 AM 　　　　　　　　　 | P.M.
　　　begin　　　　end　　　　　　begin　　　　end

The court issued a scheduling order.  A jury trial is set for December 7, 2015.

　　　　　　　　　　　　　　　　　　　　　Mary Milloy
　　　　　　　　　　　　　　　　　United States Magistrate Judge