United States District Court
Southern District of Texas
**ENTERED**
January 16, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ZHEJIANG MEDICINE CO., LTD., and ZMC-USA, LLC, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 4:11-CV-1052 |
| KANEKA CORPORATION, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

On the 3rd day of January, 2018, the above-styled and numbered case came for trial. Both sides appeared and announced ready for trial, and the case was tried to a jury from January 3, 2018 to January 12, 2018. The case was submitted to the jury on January 12, 2018. The jury questions and answers were as follows:

Question No. 1

Has Kaneka proven, by a preponderance of the evidence, that ZMC-USA's CoQ10 products were manufactured by a process that infringed the following claims of Kaneka's '340 patent?

Answer "yes" or "no" for each patent claim listed below.

ZMC-USA

Claim 22 __No__

Claim 33 __No__

Question No. 2

Has Kaneka proven, by a preponderance of the evidence, that ZMC has induced infringement of the following claims of Kaneka's '340 patent?

    Answer "yes" or "no" for each patent claim listed below.

    ZMC

    Claim 22 __No__

    Claim 33 __No__

Question No. 3

Have ZMC or ZMC-USA proven, by clear and convincing evidence, that any of the following claims of Kaneka's '340 patent are invalid as obvious?

    Answer "yes" or "no" for each patent claim listed below

    Claim 22 __No__

    Claim 33 __No__

If you answered "yes" to any part of Question 1 or Question 2 and answered "no" to a corresponding part of Question 3, please answer the following question.

Question No. 4

What sum of money, if paid now in cash, should be awarded to Kaneka as royalty damages?

    Answer in dollars and cents, or none.

    $ __Not Answered__

2

Based on the verdict of the jury, the Court **ENTERS** the following judgment:

Judgment is **DENIED** on Plaintiffs' claims of invalidity on the issue of obviousness.

Judgment is **DENIED** on Defendant's counterclaim of infringement.

Plaintiffs' claims of invalidity on the issues of patentable subject matter, indefiniteness, and enablement are **DENIED without prejudice.**

This is a **FINAL JUDGMENT**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 16th day of January, 2018 at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE